No. 3,416.—AL. BENOIT, RESPONDENT, *v.* WALTER T. GUTZ, APPELLANT.

*Appeal from District Court, Sanders County.*

Decided December 15, 1913.

PER CURIAM.—Respondent's motion to dismiss the appeal herein was this day submitted, and the court after due consideration ordered the appeal dismissed in accordance with said motion.

*Mr. Walter T. Gutz,* and *Mr. H. J. Burleigh,* for Appellant.

*Mr. I. R. Blaisdell,* for Respondent.